# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

PERDIDO TOWERS OWNERS
ASSOCIATION, INC.

     VS                                          CASE NO. 3:05cv275/MCR/MD

EMPIRE INDEMNITY INSURANCE
COMPANY

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on April 12, 2007

Motion/Pleadings: AGREED JOINT MOTION TO ABATE SUIT (requesting additional 60 day abatement)

Filed by deft (for the parties)    on 4/11/2007    Doc.# 73

RESPONSES:

                                            on                Doc.#
                                            on                Doc.#

\_\_\_\_ Stipulated    X    Joint Pldg.
 X  Unopposed    X    Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/ *C. Justice*

LC (1 OR 2)              Deputy Clerk

# *ORDER*

    Upon consideration of the foregoing, it is ORDERED this 24th day of April, 2007, that:

    The relief requested is GRANTED.

                          s/ *M. Casey Rodgers*
                          **M. CASEY RODGERS**
                          *United States District Judge*

Entered On Docket: _____ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.